IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WONDERLAND NURSERYGOODS CO., LTD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THORLEY INDUSTRIES, LLC (d/b/a 4MOMS) )<br>)<br>Defendant ) | Civil Action No. 2:12-cv-00196<br><br>Judge Nora Barry Fischer |

## ORDER OF COURT

AND NOW, this **27** day of **December**, 2013, upon consideration of the parties' **JOINT MOTION TO AMEND THE PRETRIAL ORDER**, the same is hereby GRANTED.

The Pretrial Order (Dkt. 63) shall be amended as follows:

Section 3.c.   Objections to exhibits shall be filed on or before **January 2, 2014**.

All other dates set forth in the Pretrial Order remain in effect.

BY THE COURT,

_/s/ Nora Barry Fischer_
Judge Nora Barry Fischer