IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wonderland Nurserygoods Co., Ltd.,<br><br>Plaintiff,<br>v.<br><br>Thorley Industries, LLC (dba 4Moms)<br><br>Defendant | C.A. No.: 2:12-CV-00196<br><br>The Honorable Nora Barry Fischer<br><br>Electronic Filing |

**JOINT MOTION TO LIFT STAY AND ENTER FINAL JUDGMENT**

On February 24, 2014, the Court issued its Memorandum Opinion and Order (Docket No. 234) staying trial pending the outcome of *inter partes* reexamination of the patent-in-suit. Because that proceeding and associated appeals have now concluded, Plaintiff, Wonderland Nurserygoods Co., Ltd. ("Wonderland"), and Defendant, Thorley Industries, LLC, jointly submit this motion to the lift the stay. Moreover, because the asserted claims of the patent-in-suit have either been mooted by the reexamination proceeding or stipulated or found to be not infringed, Wonderland and Thorley also move for the Court to enter final judgment.

In this litigation, Wonderland asserted that Thorley infringed claims 1-3, 12-14, and 19-20 of Wonderland's U.S. Patent No. 8,047,609 ("the '609 patent"). The reexamination of the '609 has now concluded and will result in the cancellation of claims 1-2, 12-13, and 19-20, thus mooting Plaintiff's assertion of those claims. Because Wonderland and Thorley stipulated to non-infringement of claim 3 (*see* Docket No. 67) and the Court granted summary judgment of non-infringement of claim 14 (*see* Docket No. 157), final judgment is appropriate and should be entered as to the remaining asserted claims 3 and 14 of the '609 patent.

Accordingly, Wonderland and Thorley, by and through their respective counsel, hereby respectfully request that the Court enter the attached, proposed Order and Final Judgment granting the relief sought by this Motion.

Date:  July 6, 2015                               Respectfully submitted,


|  |  |
|---|---|
| Local Counsel: | By: /s/ Daniel A. Tallitsch |
| Avrum Levicoff, Esquire | David I. Roche (admitted *pro hac vice*) |
| Pa. I.D.#: 26044 | David.Roche@bakermckenzie.com |
| ALevicoff@LSandD.net | Daniel A. Tallitsch (admitted *pro hac vice*) |
| Edward I. Levicoff, Esquire | Daniel.Tallitsch@bakermckenzie.com |
| Pa. I.D.#: 200108 | Baker & McKenzie LLP |
| ELevicoff@LSandD.net | 300 E. Randolph Street, Suite 5000 |
| Levicoff, Silko & Deemer, P.C. | Chicago, IL 60601 |
| Centre City Tower, Suite 1900 | Telephone:    312-861-8000 |
| 650 Smithfield Street | Facsimile:     312-861-2899 |
| Pittsburgh, PA 15222-3911 | |
| Telephone:    412-434-5200 | ATTORNEYS FOR PLAINTIFF, |
| Facsimile:     412-434-5203 | WONDERLAND NURSERYGOODS CO., LTD. |


Date:  July 6, 2015                               Respectfully submitted,

By: /s/ Bryan P. Clark
Kent E. Baldauf, Jr., PA ID No. 70793
Bryan P. Clark, PA ID No. 205708
Anthony W. Brooks PA ID No. 307446
THE WEBB LAW FIRM
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA 15222
(412) 471-8815
(412) 471-4094
Attorneys for Thorley Industries, LLC

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record that have consented to electronic service.

                    BAKER & McKENZIE LLP

                    /s/ Daniel A. Tallitsch
                    Daniel A. Tallitsch